**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
JOSE R.M.,

                          Plaintiff,                    25 **CIVIL** 1840 (GRJ)

      -v-                                       **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                          Defendant.
------------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Decision and Order dated March 2, 2026, Plaintiff's Motion for Judgment on the Pleadings (Docket No. 12) is GRANTED, the Commissioner's denial of benefits is REVERSED, and this matter is REMANDED for calculation of benefits; accordingly, the case is closed.

**Dated:**  New York, New York

       March 5, 2026

                                           **TAMMI M. HELLWIG**
                                      _____
                                        **Clerk of Court**

                            **BY:**             K. mango

                                        _____
                                        **Deputy Clerk**